```
ERIK G. BABCOCK, Bar No. 172517
LAW OFFICES OF ERIK BABCOCK
1212 Broadway, Suite 726
Oakland, CA 94612-3423
(510) 452-8400 Tel
(510) 452-8405 Fax

Attorney for Petitioner
Darrel King
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL KING, | ) No. C 10-778-SBA |
| Petitioner, | ) **STIPULATION AND ORDER** |
| v. | ) **EXTENDING TIME TO FILE** |
| MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, | ) **OPPOSITION TO RESPONDENT'S** ) **MOTION TO DISMISS** |
| Defendant. | ) |

On May 3, 2010, Respondent filed a Motion To Dismiss petitioner's federal habeas corpus petition. Whereas counsel for petitioner has been in trial in a murder case in state court in People v. Omar Chavez, Sonoma County Superior Court No. SCR 498567 for approximately six weeks, since May 24, 2010,

IT IS HEREBY STIPULATED between the parties, by and through their respective counsel, that the time in which petitioner may file a brief or memorandum in opposition to respondent's motion

///

///

Stipulation and Proposed Order
United States v. Long Lam,
No. CR 08-0461 PJH (MEJ)

1 to dismiss may be extended by four weeks to and including July 30,
2 2010.

3 **SO STIPULATED.**

4
5  DATED: July 1, 2010         By:    /S/Jennifer Ross
                                      Jennifer Ross
                                      Deputy Attorney General
6                                     Attorney for Respondent

7

8
9  DATED: July 1, 2010         By:    /S/Erik Babcock
                                      ERIK BABCOCK
                                      Attorney for Petitioner
10

11
12 **SO ORDERED.**

13

14
15 DATED: 7/8/10                       _____
                                       Hon. Saundra Brown Armstrong
16                                     U.S. DISTRICT JUDGE